IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


**JAMES A. DAVIS,** *et al.,*

    **Plaintiffs,**

  **vs.**                                               **Civil Action 2:09-CV-015**
                                                            **Judge Frost**
                                                             **Magistrate Judge King**

**GOVERNOR TED STRICKLAND,**
*et al.,*

    **Defendants.**


<u>ORDER</u>

On November 5, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the motion for summary judgment, Doc. No. 28, -- as it relates to plaintiff Reid's claims 5, 6 and 8 -- be granted and this action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** As the motion for summary judgment, Doc. No. 28, relates to plaintiff Reid's claims 5, 6 and 8, the only claims remaining in this action, defendants' motion for summary judgment, Doc. No. 28, is **GRANTED.**

This action is hereby **DISMISSED.** The Clerk shall enter **FINAL JUDGMENT.**


                                                  <u>/s/ Gregory L. Frost</u>
                                                     Gregory L. Frost
                                           United States District Judge